No. 02–5742. RAMIREZ-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5743. RANKINS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 02–5744. CHUTE *v.* EQUIFAX CREDIT INFORMATION SERVICES, INC. C. A. 9th Cir. Certiorari denied.

No. 02–5745. ELIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5747. PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5748. BLACK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5751. LYONS *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5753. RICE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5755. SPENCER *v.* THOMAS, CHAIRMAN, RAILROAD RETIREMENT BOARD. C. A. 7th Cir. Certiorari denied.

No. 02–5758. WHITAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5759. TORRES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5761. NOT AFRAID *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5763. LEONARD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–5764. LALJI, AKA ABDUL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5767. JACK-BEY *v.* STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.